**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **CHARLES T. SUTPHIN,** | |
| **Debtor** | **Bankruptcy No. 16-10909 REF** |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $2,575.50 for reimbursement of actual, necessary fees, of which $1,500.00 was received pre-petition and expenses in the amount of $41.03.

**BY THE COURT:**

**Date: July 13, 2016**

_____
**United States Bankruptcy Judge**

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**Frederick L. Reigle, Esquire**
**P.O. Box 4010**
**Reading, PA 19606**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

**Charles T. Sutphin**
**4851 Hanoverville Road**
**Bethlehem, PA  18020**

**All creditors**