United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Charles T. Sutphin
    Debtor

Case No. 16-10909-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Jul 13, 2016
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
db          +Charles T. Sutphin,    4851 Hanoverville Road,    Bethlehem, PA 18020-9480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     GEORGE M. LUTZ    on behalf of Debtor Charles T. Sutphin glutz@hvmllaw.com,   amerkey@hvmllaw.com
     JOSEPH ANGEO DESSOYE    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**CHARLES T. SUTPHIN,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-10909 REF** |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $2,575.50 for reimbursement of actual, necessary fees, of which $1,500.00 was received pre-petition and expenses in the amount of $41.03.

**BY THE COURT:**

**Date: July 13, 2016**

_____
**United States Bankruptcy Judge**

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**Charles T. Sutphin**
4851 Hanoverville Road
Bethlehem, PA  18020

**All creditors**